

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 02, 2021

Regina A. Habermas, Esq. (8481)
GHIDOTTI | BERGER LLP
8716 Spanish Ridge Avenue, #115
Las Vegas, NV 89148
Tel: (949) 427-2010
Fax: (949) 427-2732
ghabermas@ghidottiberger.com

Attorneys for Secured Creditor,
Carvana, LLC, its successors and assigns

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| In Re:<br><br>KATHRYN NICOLE ERVIN,<br><br>Debtor. | Case No.:  20-50981-btb<br><br>Chapter 13<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM STAY**<br><br>**("2016 Chevrolet Equinox LT, VIN 2GNALCEK6G6342990")**<br><br>**Date:  February 2, 2021**<br>**Time:  10:00 a.m.** |

Carvana, LLC ("**Movant**" or "**Creditor**"), through undersigned counsel, applied for an order vacating the stay to permit Movant to exercise its non-bankruptcy remedies in connection with a vehicle described as 2016 Chevrolet Equinox LT, VIN 2GNALCEK6G6342990 ("**Vehicle**").  A hearing came before the Honorable Bruce T. Beesley on February 2, 2021.

**IT IS THEREFORE ORDERED** that:

1.    Creditor is granted relief from the automatic stay provisions of 11 U.S.C. § 362 to permit Creditor and Creditor's successors and assigns to continue all acts necessary to secure possession of the 2016 Chevrolet Equinox LT, VIN 2GNALCEK6G6342990 and sell the 2016 Chevrolet Equinox LT, VIN 2GNALCEK6G6342990 in a commercially reasonable manner without further Hearing before this Court pursuant to applicable state law.

2.    Fed. R. Bankr. P. Rule 4001(a)(3) is hereby waived and the stay terminates upon entry of this Order.

3.    This Order is binding and effective despite any conversion of this case.

Respectfully submitted this 2nd day of February 2021 by:

GHIDOTTI | BERGER LLP

By:    */s/ Regina A. Habermas, Esq.*
Regina A. Habermas, Esq. (8481)
8716 Spanish Ridge Avenue, #115
Las Vegas, NV  89148
ghabermas@ghidottiberger.com
Attorneys for Secured Creditor,
Carvana, LLC

In accordance with LR 9021, counsel for Movant hereby certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

 X   No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.